249 So.2d 211

**Angie R. LEWIS et al.**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

**No. 51549.**

June 28, 1971.

In re: Dr. Lynn O. Tackett and Mrs. Jannie J. Tackett applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 247 So. 2d 635.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.